UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL LEON DAVIS,

    Plaintiff,

v.

KYM REGAN and JEFF JOHNSON,

    Defendants.

_____/

Case No. 1:20-cv-73

HON. JANE M. BECKERING

### ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendant Kimberly Reagan (named as "Kym Regan") filed a Motion for summary judgment (ECF No. 62).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 68) on January 25, 2023, recommending that this Court grant the motion and that this matter be terminated.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 68) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 62) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any

objections to the Report and Recommendation. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

    A Judgment will be entered consistent with this Order.


Dated: February 23, 2023                      /s/ Jane M. Beckering
                                                                    JANE M. BECKERING
                                                   United States District Judge